**Hand-Delivered**

FILED
CHARLOTTE, NC

JAN 1 6 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

## UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF NORTH CAROLINA
#### Charlotte Division

Rashad Ranzy
_____

Plaintiff,

vs.

Crumley Roberts, LLP
_____

_____

_____

_____

Defendant(s).

_____

COMPLAINT

Case No. *3:20-CV-30-RJC*

_____

### A. JURISDICTION

Jurisdiction is proper in this court according to:

__X__ 42 U.S.C.§1983

_____ 42 U.S.C. §1985

_____ Other (Please specify)_____

### B. PARTIES

1. Name of Plaintiff:   Rashad Ranzy
   Address:              5422 Stallworth Dr.
                         Charlotte, NC 28226

2. Name of Defendant:   President: Christopher H. Roberts
   Address:             Crumley Roberts, LLP
                        2400 Freeman Mill Rd
                        Greensboro, NC 27406

   Is employed as _____President_____ at ____Crumley Roberts, LLP____
                        (Position/Title)              (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES  **X**  NO _____, if "YES" briefly explain:

Under the authority or color of state law, in North Carolina, you cannot "deny" privilege, which is <u>Discrimination</u>, because of race, color or <u>Disability</u>. Law firm, Crumley Roberts LLP, "denied" me the privilege, which is <u>Discrimination</u>, of an "Attorney," because of my race, color and <u>Disability</u>.

3. Name of Defendant:_____
   Address: _____
   _____
   _____

   Is employed as _____ at _____
                       (Position/Title)         (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO _____, if "YES" briefly explain:
   _____
   _____
   _____

4. Name of Defendant:_____
   Address: _____
   _____
   _____

   Is employed as _____ at _____
                       (Position/Title)         (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO _____, if "YES" briefly explain:
   _____
   _____
   _____

   (Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

*Additional Sheets : Next*

*Pages*

## C. Nature of Case

The, "Nature of Case," is Law Firm, Crumley Roberts LLP, being subject to Discrimination and Advertising Injury.

The United States District Court for the Western District of North Carolina, Charlotte Division, is a "Federal district court" that has Subject-Matter Jurisdiction over the "Nature of Case," which is Law Firm, Crumley Roberts LLP, being subject to Discrimination and Advertising Injury and the "reliefs sought," from Law Firm, Crumley Roberts LLP, which is their "advertised idea" of having "Personal Injury Attorneys;" "Long-Term Disability Attorneys" and/or "Social Security Disability Attorneys" to remedy my "Personal Injury" and/or "Long-Term Disability" case, and to do their "advertised idea and style of doing business" which is "Care Like Family, Listen to Learn and Do What's Right;" "At Crumley Roberts, We Take the Worry Away;" "When Life Knock You Down We Can Help Pick You Back Up;" "Let Us Do the Hard Work While You Focus on Your Recovery;" " We stand up for you;" "Helping You Through Life's Most Difficult Moments" and etcetera and, an apartment, which would be considered shelter/housing-a place of refuge to dwell providing safety from danger attack and observation-, with all utilities included and money for food, clothing, transportation and etcetera, from Law Firm, Crumley Roberts LLP, until my "legal issues" of having a Personal Injury and/or Long-Term Disability are completely "remedied," for compelling me to have to deal with my Personal injury and/or Long-Term Disability "legal issues."

Law Firm, Crumley Roberts LLP, does have an office located in Charlotte, North Carolina. Law Firm, Crumley Roberts LLP, main office is located in Greensboro, North Carolina. Christopher H. Roberts, is the President and Chief Executive Officer, for Law Firm, Crumley Roberts LLP.

I, have seen, Law Firm, Crumley Roberts LLP, advertisement on T.V. Commercials; city buses located in Charlotte, North Carolina, which is the Charlotte Area Transit System, commonly known as C.A.T.S. and on their website. There is, a substantial amount of, "detailed advertisement" on, Law Firm, Crumley Roberts LLP, website.

Discrimination, as defined, in Black's Law Dictionary: "The effect of a law or established practice that confers privileges on a certain class or that denies privileges to a certain class because of race, age, sex, nationality, religion, or disability." Under the authority or color of state law, in North Carolina, you cannot "discriminate," which is the verb, action, of Discrimination, because of race, color or Disability. Law Firm, Crumley Roberts LLP, "discriminated," which is the verb, action, of Discrimination, against me and my case and/or "Injuries", which is the plural form of Injury, because of my race and color, being a Brown African-American, and my Disability, which is me being a person, subject to Arrested Developmental- a temporary or permanent cessation of the process of development-, which is a form of "oppression" and/or Slavery, in my case of being a person subject to Arrested Developmental, and the 13th Amendment Sec.1 Of the United States Constitution-the supreme law of the United States of America-prohibits Slavery. Slavery, as defined in Black's Law Dictionary: "The practice of keeping individuals in such a state of bondage or servitude." My case, of Arrested Developmental- a temporary or permanent cessation of the process of development-, is absolutely a form of "oppression" and/or Slavery, Bondage and the 13th Amendment Sec.1 Of the United States Constitution-the supreme law of the United States of America- prohibits Slavery, Bondage. I am, "absolutely," in a state of Bondage. Bondage, as defined in Black's Law Dictionary: "By extension, the condition or state of having one's freedom limited or of being prevented from doing what one wants; subjection to some power or influence." Law Firm, Crumley Roberts LLP, absolutely, "denied," me the privilege of an Attorney. Law Firm, Crumley Roberts LLP, absolutely, "denied," me the privilege, which is

Discrimination, of a "Personal Injury Attorney;" "Long-term Disability Attorney" and/or "Social Security Disability Attorney," which are the types of Attorneys I need at the moment and the types of Attorneys they advertise having. Law Firm, Crumley Roberts LLP, advertises, "Serving the Injured in North & South Carolina." Injury, as defined in Black's Law Dictionary: "The violation of another's legal right, for which law provides a remedy; a wrong or injustice." I'm absolutely "injured," which is, the, verb, state, form of Injury, due to the fact that "numerous Amendments of my Constitutional Rights," which are the "Amendments" of the United States Constitution- the supreme law of the United States of America- have been "denied" and "disparaged" on my behalf, ultimately leaving me a person subject to Slavery, Bondage; the 13th Amendment Sec.1 Of the United States Constitution- the supreme law of the United States of America- prohibits Slavery, Bondage and the 9th Amendment Of the United States Constitution states: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people." The "Amendments" of the United States Constitution- the supreme law of the United States of America- are my "legal rights." I am absolutely "injured" and/or a person subject to Slavery, Bondage, in the state of North Carolina, which is "wrong," it's "injustice." Most importantly, I am absolutely "injured" and/or a person subject to Slavery, Bondage in the United States of America which is, "absolutely," wrong, its injustice. Wrong as defined in Black's Law Dictionary: "Violation of another's legal right." The 13th Amendment Sec.1 Of the United States Constitution- the supreme law of the United States of America- prohibits Slavery, Bondage. It is "absolutely," a violation of my legal right to be a person subject to Slavery, Bondage. Injustice as defined in Black's Law Dictionary: "An unjust state of affairs; unfairness." It has been an unjust state of affairs that has gotten me in the state of Slavery, Bondage, which will be better "explained," "described" and "defined," in this section "Nature of Case." It has been a lack of equality and justice, fair treatment, "unfairness," that has caused me to be and remain a person subject to Slavery, Bondage, which the 13th Amendment Sec.1 Of the United States Constitution- the supreme law of the United States of America-

prohibits. On December 2 2019, I submitted this exact following statement of my "injuries," which is the plural form of <u>Injury</u>, to Law Firm, Crumley Roberts LLP, through their website:

Injury, according to black laws dictionary, is a violation of another's legal right, for which the law provides a remedy. I'm, absolutely, injured and need an attorney to pursue justice. I have a "personal injury" and/or "long term-disability", due to the fact that Numerous Amendments of the "United States Constitution- the supreme law of the United States of America-" have been "denied" and "disparaged" on my behalf and I'm in need of a "personal injury" and/ or "long-term disability" attorney, specifically, which you advertise having.

According to Dorland's medical dictionary "Disability" as defined by the federal government:"inability to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to last or has lasted for a continuous period of not less than 12 months."

My disability is, due to me, being a person subject to Arrested Developmental-a temporary or permanent cessation of the process of development-, which is causing me Anxiety-psychological concomitants, include feelings of impending danger, powerlessness, apprehension and tension- and I have been diagnosed with "Generalized Anxiety Disorder". My disability, Arrested Developmental, is due to inadequate parenting, my mother, LaDonna Wright, whom is Registered Nurse, absolutely, was not concerned about my education, future or well-being in general; inadequate education, I was functionally illiterate when I graduated high school in 2005, I'm informally educated, a computer taught me how to read, around 2007, and the world book dictionary, which has the rules to writing in it, taught me how to write; involuntary commitment to psychiatric hospitals on several occasions, my mother, family and insignificant people have corned me in to psychiatric hospitals on numerous, different, occasions; my mother petitioning the Judicial System on two different occasions once in Chicago, IL and once in the city I'm currently in which is Charlotte NC, to be my "guardian ad litem", which she was "denied" due to the fact that I didn't' meet the requirements to have a "guardian ad litem" nor did I want a "guardian ad litem"; my mother "successfully manipulated" the social security office, for my social security benefits, "without my consent" and homelessness, I have been homeless for a substantial amount of years over the past approximately 10 years and am subject to be homeless again if "Justice is not served'. I recently was involuntary committed to Mindy Ellen Levine Behavioral Health Center, between October 7-18, 2019, based off "lies" my mother made. Mindy Ellen Levine behavioral health center, "never appointed me a social worker", which would have been a major step for remedying me be a person subject to Arrested Developmental. While I was at Mindy Ellen Levine behavioral health center, I did go to court there and the "Judge discharged me" due to the fact that I was "not a person subject to involuntary admission." My case of Arrested developmental is a form of oppression and/or "slavery" and the 13th Amendment Sec.1 of the United States Constitution-the supreme law of the united states of America- prohibits slavery.

My mother, is absolutely, being "hubris" and "haughty", about me not being able to receive legal help and/or getting justice for her successfully manipulating the social security administration office, for my social security benefits, without my consent and getting justice for her getting me involuntarily

committed to mental health hospitals on several different occasions. She, basically, being hubris and haughty, about me not being able to getting legal help and/or a lawyer for me being a person subject to slavery. My mother, has been, absolutely, making my life a living "hell" and trying to get me in the state of "insanity". My mother is a "fraud" and "emotionally abusive".

Me, being and remaining, a person subject to Arrested Devolpmental, which is a form of oppression and/or slavery, is absolutely due to inadequate "municipal services" and "federal government." It's, out of want and will rather than, the absence of resources that account for my sad state of being and remaining a person subject to Arrested Developmental which is a form of oppression and/or slavery.

I am aware that the main function of the "U.S. federal government" is creating and enforcing laws to ensure order and stability within society. My life, has no order and stability, through society, which is governed by the United States Constitution- the supreme law of the United States of America. The "Judicial branch" and the "Executive branch" of the federal government are aware that I'm a person subject to slavery. The "Judaical branch" of the federal government are not using their "Judaical power" to make sure that I do not remain a person subject to slavery.

The "Judicial branch" of the federal government does have the power to construe and apply the law when controversies arise over what has been or not been done under it, according to Black laws dictionary.

I, have, also reached out to the, "Executive branch" of the federal government through mail and email, and they have responded to me, through email, and I do have the emails saved to prove that, but I have not received any help, in any way. The "Executive branch" of the federal government are not using there "Executive power" to make sure I do not remain a person subject to slavery. The "Executive branch" of the federal government does have the power to see that laws are duly executed and enforced, according to black laws dictionary.

I'm ,absolutely, a victim, of race and disability discrimination, at the hands of the "federal government" and my mother. My mother and the federal government are, absolutely, "debilitating to my overall well-being."

Law Firm, Crumely Roberts LLP, did respond with an email and phone call the same day. I have the email saved to prove that. I did talk to somebody, on the phone, that same day. I am, aware that there were some spelling errors and grammatical errors in my statement, of "injuries," that I sent to, Law Firm, Crumley Roberts LLP, on December 2 2019. My statement, of "injuries" was still legible and clear. The intake person, had some additional questions, she asked me, and told me they will get back to me. On December 5 2019, they called me and told me, that they would not represent me and tried to put me on a "wild goose chase." Law Firm, Crumley Roberts LLP, absolutely "denied" me the privilege, which is <u>Discrimination</u>, of a

"Personal Injury Attorney;" "Long-term Disability Attorney" and/or "Social Security Disability Attorney," which are the types of Attorneys I need at the moment and the types of Attorneys they advertise having.

Personal Injury, as defined in Black's Law Dictionary: "Any invasion of a personal right, including mental suffering and false imprisonment." I absolutely have a Personal Injury due to the fact that numerous "Amendments" of my Constitutional Rights, which are the "Amendments" of the United States Constitution- the supreme law of the United States of America- have been "denied" and "disparaged" on my behalf, ultimately, causing me to be in a state of Slavery, Bondage, which the 13th Amendment Sec.1 Of the United States Constitution prohibits, causing me, a great deal of, mental suffering. Me being in a state of Slavery, Bondage is "absolutely," "wrong," it's "injustice." I do have Anxiety-psychological concomitants include feelings of impending danger, powerlessness, apprehension, and tension- and I have been diagnosed with Generalized Anxiety Disorder, which is due to me being in a state of Slavery, Bondage. The "Amendments" of the United States Constitution-the Supreme law of the United States of America- are, "absolutely," my "personal rights." I have a Personal Injury due to my mother, whom is a Registered Nurse, "successfully manipulating" the social security administration for my "Social Security Benefits," which are my "Social Security Disability Benefits," without my consent, which is "absolutely," "wrong," its "injustice." It is a violation of my legal right for my mother to be the "payee" of my Social Security Disability Benefits "without my consent." It, was an unjust affair for my mother to become the "payee" of my Social Security Disability Benefits "without my consent," which is, absolutely, "unfair." I also, "absolutely," have a Personal Injury, due to the fact that I have been "involuntarily" committed to psychiatric hospitals on numerous occasions. I recently was "involuntarily" committed to Mindy Ellen Levine Behavioral Health Center located in "Davidson, North Carolina" between October 7th 2019 and October 15th 2019 based on "lies" from my mother who is a Registered Nurse and who has manipulated the Social Security administration office, for my "Social Security Disability benefits" without my consent,

which is "absolutely," "wrong," its "injustice." False Imprisonment, as defined in Black's Law Dictionary: "The restraint of a person in a bounded area without legal authority, justification, or consent." Restraint, as defined in, Black's Law Dictionary: "Confinement, abridgment, or limitation." Confinement, as defined in Black's Law Dictionary: "The act of imprisoning or restraining someone; the quality, state, or condition of being imprisoned or restrained." I was, absolutely, a person of restraint, confinement, at Mindy Ellen Levine Behavioral Health Center, which would be considered the "bounded area," located in "Davidson, NC" between October 7th 2019 and October 15th 2019, "involuntary" or "against my own will," based on "lies" from my mother who is a Registered Nurse and who has successfully manipulated the social security administration office for my "Social Security Disability benefits" without my consent, which is "absolutely," "wrong," its "injustice." There was "no justification" for me to be at Mindy Ellen Levine Behavioral Health Center and that was found in "court" at Mindy Ellen Levine Behavioral Health Center. I was absolutely "restrained," "confined," at Mindy Ellen Levine Behavioral Health Center without my "consent." My Confinement or Restraint at Mindy Ellen Levine Behavioral Health Center would "absolutely" be considered a Personal Injury, False Imprisonment. Once again I did go to "court" at Mindy Ellen Levine Behavioral Health Center, and the judge "discharge me" and "released me" due to the fact that I was "not a person subject to involuntary admission," there was "no justification for me to be there." Law Firm, Crumley Roberts LLP, absolutely "discriminated" against my "personal injuries" and did not provide me with a Personal Injury Attorney, which they advertise having. Law firm, Crumley Roberts LLP, denied me the privilege, which is Discrimination, of a "Personal Injury Attorney" because of my race and color, being a Brown African-American, and my Disability, which is me being a person subject to Arrested Developmental, which is a form of "oppression" and/or Slavery, Bondage, in my case of being a person subject to Arrested Developmental and the 13th Amendment Sec.1 of the United States Constitution- the supreme law of the United States of America- prohibits

Slavery, Bondage. Law firm, Crumley Roberts LLP, advertises having "Personal Injury Attorneys."

Law Firm, Crumley Roberts LLP, advertises having "Long-Term Disability Attorneys." I, absolutely, have a Disability, that would be considered a Long-Term Disability. Disability, as defined in Black's Law Dictionary: "The inability to perform some function; esp., the inability of one person to alter a given relation with another person." and/or "An objectively measurable condition of impairment, physical or mental, esp. one that prevents a person from engaging in meaningful work." and Disability as defined by the federal government: "Inability to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to last or has lasted for a continuous period of not less than 12 months." My Disability is me being a person subject to Arrested Developmental- a temporary or permanent cessation of the process of development-, which is a form of "oppression" and/or Slavery, Bondage, in my case of being a person subject to Arrested Developmental, which is prohibited by the 13th Amendment Sec. 1 Of the United States Constitution. My case of Arrested Developmental, which is a form of "oppression" and/or Slavery, Bondage, is due to inadequate parenting, my mother, LaDonna Wright, whom is a Registered Nurse, absolutely, was not concerned about my "education," "future" or "well-being" in general; inadequate education, I was "functionally illiterate" when I graduated high school in 2005, I'm "informally educated," a computer taught me how to read, around 2007, and the World Book Dictionary, which has the rules to writing in it, taught me how to write; "involuntary commitment to psychiatric hospitals," my mother, family and insignificant people have cornered me in to psychiatric hospitals on numerous, different, occasions; my mother petitioning the "Judicial System" on two different occasions once in "Chicago, IL" and once in the city I'm currently in which is "Charlotte, NC," to be my guardian ad litem, which she was "denied" due to the fact that I "did not" meet the requirements to have a guardian ad litem nor did I want a guardian ad litem; my mother "successfully manipulating" the social security administration, for my Social Security

Disability Benefits, "without my consent" and "homelessness," I have been "homeless" for a substantial amount of years over the past approximately 10 years and am subject to being "homeless" again if "Justice is not served." I recently was "involuntarily committed" to Mindy Ellen Levine Behavioral Health Center, between October 7th, 2019 and October 18th, 2019 "located in Davidson, NC" based on "lies" my mother made. Mindy Ellen Levine Behavioral Health center, "never appointed me a social worker", which would have been a major step for remedying me being a person subject to Arrested Developmental, which is a form of "oppression" and/or Slavery, Bondage, in my case of being a person subject to Arrested Developmental, which is prohibited by the 13th Amendment Sec 1 Of the United States Constitution. While I was at Mindy Ellen Levine Behavioral Health Center, I did go to "court" and the "Judge discharged me" due to the fact that I was "not a person subject to involuntary admission." Law firm Crumley Roberts LLP, denied me the privilege, which is discrimination, of a "Long Term-disability Attorney" which they advertise having. If you, take the time to construe and analyze what Black's Law Dictionary defines as a Disability; what the "federal government" defines as a Disability, and what I have "explained," "defined" and "described" my Disability to be, which is me being a person subject to Arrested Developmental- a temporary or permanent cessation of the process of development-, which is a form of "oppression" and/or Slavery, Bondage, in my case of being a person subject to Arrested Developmental, and the 13th Amendment Sec.1 Of the United States Constitution- the supreme law of the United States of America- prohibits Slavery, Bondage, you would absolutely conclude that I do have a Disability, that would be considered a Long-term Disability and I qualify for "needing" a "Long-Term Disability Attorney." I "absolutely" have been and am being stopped from being a productive citizen, going to college to put myself in a better predicament to get a higher paying job and working. I am, "absolutely" being stopped from getting my Driver's license in this state, North Carolina, and I have the want and will to get my Driver's license. I, "absolutely," have been stopped from having a family, wife, kids and etcetera, which is causing me a great deal of

distress and sadness, as I'm getting older. I am "absolutely" being stopped from being happy which I have the right to pursue, but I cannot due to my Disability of being a person subject to Arrested Developmental- a temporary or permanent cessation of the process of development-, which is a form of "oppression" and/or Slavery, Bondage, in my case of being a person subject to Arrested Developmental, and the 13th Amendment Sec.1 Of the United States Constitution- the Supreme law of the United States of America- prohibits Slavery, Bondage. I, absolutely, have a Disability, that would be considered a Long-Term Disability.

Law Firm, Crumley Roberts LLP, advertises having "Social Security Disability Attorneys." Part of my legal issues is my mother, whom is a Registered Nurse, "successfully manipulating" the social security administration for my "Social Security Benefits," which are my "Social Security Disability Benefits," without my consent. The United States Social Security Administration is an independent agency of the United States federal government that administers Social Security, a social insurance program consisting of retirement, Disability, and survivors' benefits. Law Firm, Crumley Roberts LLP, can get justice for my mother "successfully manipulating" the Social Security Administration for my "Social Security Disability benefits" without my consent, and the "emotional abuse" that I have had to deal with because of my mother's successful manipulation of my "social security disability benefits" without my consent. Law Firm, Crumley Roberts LLP," denied" me the privilege, which is discrimination, of a Social Security Disability Attorney, which they advertise having.

Advertising injury, as defined in Black's Law Dictionary: "misappropriation of advertising ideas or style of doing business." Law Firm, Crumley Roberts LLP, "denied" me of the privilege," which is discrimination, of their advertised idea, of having "Personal Injury Attorneys;" "Long-Term Disability Attorneys" and/or "Social Security Disability Attorneys" because of my race and color, being a Brown African American, and my Disability, which is me being a person subject to Arrested Developmental, which is a form of "oppression" and/or Slavery, Bondage, in my case of being a person subject to Arrested Developmental, and the 13. Amendment Sec. 1

of the United States Constitution prohibits Slavery, Bondage and that is "misappropriation," using "advertisement" dishonestly, discriminatively, as one's or their, Law Firm, Crumley Roberts LLP, own use. Therefore, Law Firm, Crumley Roberts LLP, is guilty of Advertising Injury. Law Firm, Crumley Roberts LLP, "denied" me the privilege, which is discrimination, of there "advertised idea and style of doing business" which is as follows:  "Care Like Family, Listen to Learn and Do What's Right;" "At Crumley Roberts, We Take the Worry Away;" "When Life Knock You Down We Can Help Pick You Back Up;" "Let Us Do the Hard Work While You Focus on Your Recovery;" " We stand up for you;" "Helping You Through Life's Most Difficult Moments" and etcetera, because of my race and color, being a Brown African American, and my Disability, which is me being a person subject to Arrested Developmental, which is a form of "oppression" and/or Slavery, Bondage, and the 13th Amendment Section 1 of the United States Constitution-the supreme law of the United States of America- prohibits Slavery, Bondage and that is "misappropriation," using "advertisement" dishonestly, discriminatively, as one's or their, Law Firm, Crumley Roberts LLP, own use.  Again, Law Firm, Crumley Roberts LLP, is guilty of Advertising Injury.

Fraud, as defined in Black's Law Dictionary: "A knowing misrepresentation or knowing concealment of a material fact made to induce another to act to his or her detriment."  If, Law Firm, Crumley Roberts LLP, claims that I do not have a Personal Injury and I do not qualify for "needing" a Personal Injury Attorney, then that would be fraud.  Law firm, Crumley Roberts LLP, cannot "misrepresent" what a Personal Injury is and what type of cases a Personal Injury Attorney "remedies."  The material fact of what a Personal Injury is, is located in Black's Law Dictionary.  Personal Injury, as defined in Black's Law Dictionary: "Any invasion of a personal right, including mental suffering and false imprisonment." The "Amendments" of the United States Constitution, are my "personal rights."  My mother, family and insignificant people need to be stopped from "inducing" my current detriment, of having a Disability, which is me being a person subject to Arrested developmental, which in my case is a form of "oppression" and/or

Slavery, Bondage and the 13th Amendment Section 1 of the United States Constitution-the supreme law of the United States of America- prohibits Slavery, Bondage, which is causing me a great deal of mental suffering. I do have Anxiety and I have been diagnosed with Generalized Anxiety Disorder. It is very likely that my mother, particularly, may end up getting me "involuntary" committed to a psychiatric hospital again, which would be considered False Imprisonment, based on "lies." If, Law Firm, Crumley Roberts LLP, claims that I do not have a Disability and/or "Long-Term Disability" and I do not qualify for "needing" a "Long-Term Disability Attorney" then that would be fraud. The material fact of what a Disability is can be found in, Dorland's Medical Dictionary and Black's Law Dictionary. Disability, as defined in Black's Law Dictionary: "the inability to perform some function; esp. the inability of one person to alter a given relation with another person" and/or "An objectively measurable condition of impairment, physical or mental, esp. one the prevents a person from engaging in meaningful work." and according to Dorland's Medical Dictionary, Disability as defined by the federal government: "inability to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to last or has lasted for a continuous period of not less than 12 months." My Disability, is me being a person subject to Arrested Developmental, which is a form of "oppression" and/or Slavery, Bondage, in my case of being a person subject too Arrested Developmental, which is prohibited by the 13th Amendment Sec 1 of the United States Constitution. If, construe and analyze, what Black's Law Dictionary defines as a Disability; what the "federal government" defines as a Disability, and what I have "explained," "defined" and "described" my Disability to be, which is "explained," "defined" and "described" early in this section, " Nature of Case," which is me being a person subject to Arrested Developmental, which is a form of "oppression" and/or Slavery, Bondage, in my case of being a person subject to Arrested Developmental and the 13th Amendment Sec.1 of the United States Constitution- the supreme law of the United States of America- prohibits Slavery, Bondage, you would absolutely conclude that I have a Disability that would be considered a Long-Term

Disability that can be "remedied." My mother, family and insignificant people need to be "stopped" from "inducing" my current detriment, of having a Disability, which is me being a person subject to Arrested developmental-a temporary or permanent cessation of the process of development-, which in my case is a form of "oppression" and/or Slavery, Bondage and the 13th Amendment Section 1 of the United States Constitution-the supreme law of the United States of America- prohibits Slavery, Bondage, which is causing me a great deal of mental suffering. I am absolutely "mentally impaired" due to the fact that I am a person subject to Arrested Developmental, which is a form of "oppression" and/or Slavery, Bondage, in my case of being a person subject to Arrested Developmental, and 13th Amendment Sec 1. Of the United States Constitution prohibits Slavery, Bondage. I am also "mentally impaired," due to the fact that I cannot find anybody who has the want and will to "remedy" my case of Arrested Developmental, which is a form of "oppression" and/or Slavery, Bondage, in my case of being a person subject to Arrested Developmental, which is absolutely "wrong," it's "injustice." Once again, I do have Anxiety and I have been diagnosed with Generalized Anxiety Disorder. It is very likely that my mother, particularly, may end up getting me "involuntarily" committed to a psychiatric hospital again, which would be considered false imprisonment, based on "lies," as I have already stated.

In conclusion, I have a Disability, ultimately, due to me being a person subject to Slavery, Bondage. The 13th Amendment Section 1. Of the United States Constitution- the supreme law of the United States Of America- absolutely prohibits Slavery, Bondage. It is Wrong, a violation of my legal rights to be a person subject to Slavery, Bondage. It is Injustice, "unfairness," lack of equality and justice, that has gotten me in the state of Slavery, Bondage. It is Injustice, "unfairness," lack of equality and justice, that is causing me to remain in the state of Slavery, Bondage. Me, being a person, subject to Slavery, Bondage, is absolutely an Injury. Me, being a person, subject to Slavery, Bondage, is absolutely a Personal Injury and/or Long-Term Disability. There, are affairs, that has happened in this county, Mecklenburg, of

North Carolina, the has "induced" my current "detriment" of having a <u>Disability</u>, which is due to me being a person subject to <u>Slavery</u>, <u>Bondage</u>. I am, petitioning the court to, grant me the relief, from Law Firm, Crumley Roberts LLP, of a <u>Personal Injury Attorney</u> and/or <u>Long-Term Disability Attorney</u>, to consult with, so they can start the process of remedying, my <u>Disability</u>, which is due to me being a person subject to <u>Slavery</u>, <u>Bondage</u>. Once again, the <u>13th Amendment Section 1. Of the United States Constitution</u>- the supreme law of the United States Of America- absolutely prohibits <u>Slavery</u>, <u>Bondage</u>. I am, also, petitioning, the court to, grant me the relief, from Law Firm, Crumley Roberts LLP, of an apartment, which would be considered shelter/housing- a place of refuge to dwell providing safety from danger, attack and observation- so my current "detriment" of having a <u>Disability</u>, which is due to me being a person subject to <u>Slavery</u>, <u>Bondage</u>, does not get "<u>induced</u>." My current living situation is "unstable" and "mentally unstable" for me, which constantly "inducing" my <u>Anxiety</u>. My current, state of <u>Anxiety</u>, is very sensitive, at the moment. Law Firm, Crumley Roberts LLP, could have already started the process of getting me out of my current living situation, if they where not "denying" me the privilege, which is <u>discrimination</u>, of their "advertised idea and style of doing business." My <u>Disability</u>, which is due to me being a person subject to <u>Slavery</u>, <u>Bondage</u>, can be "remedied" and it needs to be "remedied," in a non-piecemeal matter. "Justice" overall needs to be "syndicated." It's going to take "teamwork" for my <u>Disability</u>, which is due to me being a person subject to <u>Slavery</u>, <u>Bondage,</u> to be "remedied," completely.

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: *Additional Sheets: Next Pages*
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

   *Additional Sheets: Next Pages*

b. (1) Count 2: _____
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

   *Additional Sheets: Next Pages*

## E. INJURY

How have you been injured by the actions of the defendant(s)?

*Additional Sheets: Next Pages*

## D. Cause of Action

A.     (1) <u>Count 1</u>:  Discrimination
       (2) <u>Supporting Facts</u>:

      <u>Discrimination</u>, as defined, in <u>Black's Law Dictionary</u>: "The effect of a law or established practice that confers privileges on a certain class or that denies privileges to a certain class because of race, age, sex, nationality, religion, or disability."  Under the authority or color of state law, in North Carolina, you cannot "deny" privilege, which is <u>Discrimination</u>, because of race, color or <u>Disability</u>.  Law Firm, Crumley Roberts LLP, "denied" me of the privilege, which is <u>Discrimination</u>, of their "advertised idea," of having "<u>Personal Injury Attorneys</u>;" "<u>Long-Term Disability Attorneys</u>" and/or "<u>Social Security Disability Attorneys</u>" to remedy my <u>Long-Term Disability</u> and/or <u>Personal Injury</u>, "legal issues,"  because of my race and color, being a Brown African American, and my <u>Disability</u>, which is, ultimately, due to me being a person subject to  <u>Slavery</u>, <u>Bondage</u>, and the <u>13th Amendment Section 1 of the United States Constitution</u>-the supreme law of the United States of America- prohibits <u>Slavery</u>, <u>Bondage</u>.  Law Firm, Crumley Roberts LLP, "denied" me of the privilege, which is <u>Discrimination</u>, of there "advertised idea and style of doing business" which is as follows:  "Care Like Family, Listen to Learn and Do What's Right;" "At Crumley Roberts, We Take the Worry Away;" "When Life Knock You Down We Can Help Pick You Back Up;" "Let Us Do the Hard Work While You Focus on Your Recovery;" " We stand up for you;" "Helping You Through Life's Most Difficult Moments" and etcetera, because of my race and color, being a Brown African American, and my <u>Disability</u>, which is, ultimately, due to me being a person subject to  <u>Slavery</u>, <u>Bondage</u>, and the <u>13th Amendment Section 1 of the United States Constitution</u>-the supreme law of the United States of America- prohibits <u>Slavery</u>, <u>Bondage</u>.

B.     (1) <u>Count 2</u>:  Advertising Injury
       (2) <u>Supporting Facts</u>:

Advertising injury, as defined in Black's Law Dictionary: "misappropriation of advertising ideas or style of doing business."   Law Firm, Crumley Roberts LLP, "denied" me of the privilege," which is Discrimination, of their "advertised idea," of having "Personal Injury Attorneys;" "Long-Term Disability Attorneys" and/or "Social Security Disability Attorneys" to remedy my Long-Term Disability and/or Personal Injury, "legal issues," because of my race and color, being a Brown African American, and my Disability, which is, ultimately, due to me being a person subject to  Slavery, Bondage, and the 13th Amendment Section 1 of the United States Constitution-the supreme law of the United States of America- prohibits Slavery, Bondage and that is "misappropriation," using "advertisement" dishonestly, discriminatively, as one's or their, Law Firm, Crumley Roberts, own use. Therefore, Law Firm, Crumley Roberts LLP, is guilty of Advertising Injury.  Law Firm, Crumley Roberts LLP, "denied" me of the privilege, which is Discrimination, of there "advertised idea and style of doing business" which is as follows:  "Care Like Family, Listen to Learn and Do What's Right;" "At Crumley Roberts, We Take the Worry Away;" "When Life Knock You Down We Can Help Pick You Back Up;" "Let Us Do the Hard Work While You Focus on Your Recovery;" " We stand up for you;" "Helping You Through Life's Most Difficult Moments" and etcetera, because of my race and color, being a Brown African American, and my Disability, which is, ultimately, due to me being a person subject to  Slavery, Bondage, and the 13th Amendment Section 1 of the United States Constitution-the supreme law of the United States of America- prohibits Slavery, Bondage and that is "misappropriation," using "advertisement" dishonestly, discriminatively, as one's or their, Law Firm, Crumley Roberts LLP, own use.  Once again, Law Firm, Crumley Roberts LLP, is guilty of Advertising Injury.

## E. Injury

Injury, as defined in Black's Law Dictionary: "The violation of another's legal right, for which the law provides a remedy; a wrong or injustice." Under the authority or color of state law, in North Carolina, you cannot "deny" privilege, which is Discrimination, because of race, color or Disability. Discrimination, as defined, in Black's Law Dictionary: "The effect of a law or established practice that confers privileges on a certain class or that denies privileges to a certain class because of race, age, sex, nationality, religion, or disability." It is, a violation of my legal right for, Law Firm, Crumley Roberts LLP, to "deny" me of the privilege, which is Discrimination, of their "advertised idea" of having Personal Injury Attorneys; Long-Term Disability Attorneys and/or Social Security Disability Attorneys, to remedy my "Personal Injury" and/or "Long-Term Disability" "legal issues," because of my race and color, being a Brown African American, and my Disability, which is, ultimately, due to me being a person subject to Slavery, Bondage, which is prohibited by the 13th Amendment Section 1 Of the United States Constitution. It is, a violation of my legal right for, Law Firm, Crumley Roberts LLP, to "deny" me of the privilege, which is Discrimination, of their "advertised idea and style of doing business" which is as follows: "Care Like Family, Listen to Learn and Do What's Right;" "At Crumley Roberts, We Take the Worry Away;" "When Life Knock You Down We Can Help Pick You Back Up;" "Let Us Do the Hard Work While You Focus on Your Recovery;" " We stand up for you;" "Helping You Through Life's Most Difficult Moments" and etcetera, because of my race and color, being a Brown African American, and my Disability, which is, ultimately, due to me being a person subject to Slavery, Bondage, and the 13th Amendment Section 1 of the United States Constitution-the supreme law of the United States of America- prohibits Slavery, Bondage.

Advertising injury, as defined in Black's Law Dictionary: "misappropriation of advertising ideas or style of doing business." Law Firm, Crumley Roberts LLP, is

"misappropriating," using "advertisement" dishonestly, discriminatively, as one's or their, Law Firm, Crumley Roberts LLP, own use.  Therefore, Law Firm, Crumley Roberts LLP, is guilty of <u>Advertising Injury</u>, another form and type of <u>Injury</u>.

*Additional Sheets:*

*Next Pages*

F.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?      YES   X      NO _____

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1.  Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____

2.  Name of court and case or docket number:

_____

3.  Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

_____

4.  Issued raised:

_____

_____

_____

5.  When did you file the lawsuit?_____
                                    Date: Month/Year

6.  When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES _____ NO  X

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

*I, felt this was the easiest way to*

*See* _____

### F. Previous Lawsuits and Administrative Relief

#### First Lawsuit filed

1. <u>Parties to previous lawsuits:</u>

Plaintiffs(s): Rashad Ranzy

Defendant(s): Northern District of Illinois

2. <u>Name of court and case or docket number:</u>

Court: US District Court for the Northern District of Illinois. Docket number: 1:2015cv04714

3. <u>Disposition:</u>

Case, was dismissed with prejudice, because nature of suit was frivolous or fails to state a claim.

4. <u>Issued Raised:</u>

If, you construe and analyze, the Amendments of the United States Constitution- the supreme law of the United States of America- it, clearly, is saying that no person shall be deprived or disparaged of life. Life, is that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary. Right here, in America, people go to, Law School, to become endowed, with the principles and powers, to become attorneys, lawyers and judges, so they can, serve and protect people, function, act accordingly when people come into volition, rather they're the person being violated or the person doing the violating, with the United States Constitution-the supreme law of the United States of America. I, have, been suffering for substantial parts of my life (existence), and, am, literally, lucky to discover the meaning of my suffering, even though, I, have been, experiencing, torture. I'm, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, and I'm not endowed with the sophistication to remedy it. I, need a, Law School graduate, to remedy me, being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother. I, tried to sue, the Norther District of IL-the state-for an attorney/lawyer, to remedy me being a victim, of race and disability discrimination, at the hands of the federal government and my mother, because I could not find anyone, who had the want and will, to remedy me being a victim of, race and disability discrimination, at the hands of the federal government and my mother, and I could not remedy it myself, because there are too many government agencies or agencies sponsored by the government, depriving and disparaging me of life(I'm basically, being bullied; there is nothing I can do about it, and the problem continues to grow.) and I don't know who the legal entities are. I, also tried to sue, for shelter/housing- a place a refuge to dwell providing safety from danger, attack and observation-because I was homeless, sleeping outside, perplexed and stuck. I just found out, relatively recently, that you cannot sue the "state," and they are only there for criminal prosecution.

(Food For Thought: In the book George Washington's Rules of Civility: written by George Washington (the first president of the United States of America) George Washington wrote, "Reprehended not the imperfections of others for that belongs to parents, masters, and superiors.")

5. When did the you file the lawsuit: May 28, 2015

6. When was it decided: Jun 29, 2015

<u>Second Lawsuit filed</u>

<u>1. Parties to previous lawsuits:</u>

Plaintiffs(s): Rashad Ranzy

Defendant(s): Zachary T. Fardon

<u>2. Name of court and case or docket number:</u>

Court: US District Court for the Northern District of Illinois. Docket number: 1:2015cv07282

<u>3. Disposition:</u>

Case, was dismissed with prejudice, because nature of suit was frivolous or fails to state a claim.

<u>4. Issued Raised:</u>

If, you construe and analyze, the Amendments of the United States Constitution- the supreme law of the United States of America- it, clearly, is saying that no person shall be deprived or disparaged of life. Life, is that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary. Right here, in America, people go to, Law School, to become endowed, with the principles and powers, to become attorneys, lawyers and judges, so they can, serve and protect people, function, act accordingly when people come into volition, rather they're the person being violated or the person doing the violating, with the United States Constitution-the supreme law of the United States of America. I, have, been suffering for substantial parts of my life (existence), and, am, literally, lucky to discover the meaning of my suffering, even though, I, have been, experiencing, torture. I'm, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, and I'm not endowed with the sophistication to remedy it. I, need a, Law School graduate, to remedy me, being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother. I, tried to sue, US Attorney, Zachary T Fardon, for the Norther District of IL-the state-for an attorney/lawyer, to remedy me being a victim, of race and disability discrimination, at the hands of the federal government and my mother, because I could not find anyone, who had the want and will, to remedy me being a victim of, race and disability discrimination, at the hands of the federal government and my mother, and I could not remedy it myself, because there are too many government agencies or agencies sponsored by the government, depriving and disparaging me of life(I'm basically, being bullied; there is nothing I can do about it, and the problem continues to grow.) and I don't know who the legal entities are. I, also tried to sue, for shelter/housing- a place a refuge to dwell providing safety from danger, attack and observation-because I was homeless, sleeping outside, perplexed and stuck. I just found out, relatively recently, that you cannot sue the "state," and they are only there for criminal prosecution.

(Food For Thought: In the book George Washington's Rules of Civility: written by George Washington (the first president of the United States of America) George Washington wrote, "Reprehended not the imperfections of others for that belongs to parents, masters, and superiors.")

5. When did the you file the lawsuit: August 19, 2015

6. When was it decided: Nov 06, 2015

<u>Third Lawsuit filed</u>
1.      Parties to previous lawsuits:
<u>Plaintiffs(s):</u> Rashad Ranzy
Defendant(s):  Northern District of Illinois:
2.      Name of court and case or docket number:
Court: US District Court for the Northern District of Illinois. Docket number: 1:2015cv10535
3.      Disposition:
         Case, was dismissed with prejudice, because nature of suit was frivolous or fails to state a claim.
4.      Issued Raised:
         If, you construe and analyze, the Amendments of the United States Constitution- the supreme law of the United States of America- it, clearly, is saying that no person shall be deprived or disparaged of life.  Life, is that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary.  Right here, in America, people go to, Law School, to become endowed, with the principles and powers, to become attorneys, lawyers and judges, so they can, serve and protect people, function, act accordingly when people come into volition, rather they're the person being violated or the person doing the violating, with the United States Constitution-the supreme law of the United States of America.  I, have, been suffering for substantial parts of my life (existence), and, am, literally, lucky to discover the meaning of my suffering, even though, I, have been, experiencing, torture.  I'm, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, and I'm not endowed with the sophistication to remedy it.  I, need a, Law School graduate, to remedy me, being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother.  I, tried to sue, the Norther District of IL-the state-for an attorney/lawyer, to remedy me being a victim, of race and disability discrimination, at the hands of the federal government and my mother, because I could not find anyone, who had the want and will, to remedy me being a victim of, race and disability discrimination, at the hands of the federal government and my mother, and I could not remedy it myself, because there are too many government agencies or agencies sponsored by the government, depriving and disparaging me of life(I'm basically, being bullied; there is nothing I can do about it, and the problem continues to grow.) and I don't know who the legal entities are.  I, also tried to sue, for shelter/housing- a place a refuge to dwell providing safety from danger, attack and observation-because I was homeless, sleeping outside, perplexed and stuck.  I just found out, relatively recently, that you cannot sue the "state," and they are only there for criminal prosecution.


         (Food For Thought:  In the book George Washington's Rules of Civility: written by George Washington (the first president of the United States of America) George Washington wrote, "Reprehended not the imperfections of others for that belongs to parents, masters, and superiors.")
5.      When did the you file the lawsuit:  November 23, 2015
6.      When was it decided:  December 1, 2015
<u>Fourth Lawsuit filed</u>
1.      Parties to previous lawsuits:

Plaintiffs(s): Rashad Ranzy
Defendant(s): Northern District of Illinois

<u>2.     Name of court and case or docket number:</u>

Court: US District Court for the Northern District of Illinois. Docket number: 1:2015cv11841

<u>3.     Disposition:</u>

Case, was dismissed with prejudice, because nature of suit was frivolous or fails to state a claim.

<u>4.     Issued Raised:</u>

If, you construe and analyze, the Amendments of the United States Constitution- the supreme law of the United States of America- it, clearly, is saying that no person shall be deprived or disparaged of life. Life, is that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary. Right here, in America, people go to, Law School, to become endowed, with the principles and powers, to become attorneys, lawyers and judges, so they can, serve and protect people, function, act accordingly when people come into volition, rather they're the person being violated or the person doing the violating, with the United States Constitution-the supreme law of the United States of America. I, have, been suffering for substantial parts of my life (existence), and, am, literally, lucky to discover the meaning of my suffering, even though, I, have been, experiencing, torture. I'm, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, and I'm not endowed with the sophistication to remedy it. I, need a, Law School graduate, to remedy me, being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother. I, tried to sue, the Norther District of IL-the state-for an attorney/lawyer, to remedy me being a victim, of race and disability discrimination, at the hands of the federal government and my mother, because I could not find anyone, who had the want and will, to remedy me being a victim of, race and disability discrimination, at the hands of the federal government and my mother, and I could not remedy it myself, because there are too many government agencies or agencies sponsored by the government, depriving and disparaging me of life(I'm basically, being bullied; there is nothing I can do about it, and the problem continues to grow.) and I don't know who the legal entities are. I, also tried to sue, for shelter/housing- a place a refuge to dwell providing safety from danger, attack and observation-because I was homeless, sleeping outside, perplexed and stuck. I just found out, relatively, recently, that you cannot sue the "state," and they are only there for criminal prosecution.

(Food For Thought: In the book George Washington's Rules of Civility: written by George Washington (the first president of the United States of America) George Washington wrote, "Reprehended not the imperfections of others for that belongs to parents, masters, and superiors.")

5.     When did the you file the lawsuit:  December 30, 2015
6.     When was it decided:  January 5, 2016

<u>Fifth Lawsuit filed</u>

<u>1.     Parties to previous lawsuits:</u>

Plaintiffs(s): Rashad Ranzy
Defendant(s):  Northern District of Illinois

2.    Name of court and case or docket number:
Court: US District Court for the Northern District of Illinois. Docket number: 1:2016cv01733
3.    Disposition:
Case, was dismissed with prejudice, because nature of suit was frivolous or fails to state a claim.
4.    Issued Raised:
If, you construe and analyze, the Amendments of the United States Constitution- the supreme law of the United States of America- it, clearly, is saying that no person shall be deprived or disparaged of life.  Life, is that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary.  Right here, in America, people go to, Law School, to become endowed, with the principles and powers, to become attorneys, lawyers and judges, so they can, serve and protect people, function, act accordingly when people come into volition, rather they're the person being violated or the person doing the violating, with the United States Constitution-the supreme law of the United States of America.   I, have, been suffering for substantial parts of my life (existence), and, am, literally, lucky to discover the meaning of my suffering, even though, I, have been, experiencing, torture.  I'm, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, and I'm not endowed with the sophistication to remedy it.  I, need a, Law School graduate, to remedy me, being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother.  I, tried to sue, the Norther District of IL-the state-for an attorney/lawyer, to remedy me being a victim, of race and disability discrimination, at the hands of the federal government and my mother, because I could not find anyone, who had the want and will, to remedy me being a victim of, race and disability discrimination, at the hands of the federal government and my mother, and I could not remedy it myself, because there are too many government agencies or agencies sponsored by the government, depriving and disparaging me of life(I'm basically, being bullied; there is nothing I can do about it, and the problem continues to grow.) and I don't know who the legal entities are.  I, also tried to sue, for shelter/housing- a place a refuge to dwell providing safety from danger, attack and observation-because I was homeless, sleeping outside, perplexed and stuck.  I just found out, relatively recently, that you cannot sue the "state," and they are only there for criminal prosecution.

       (Food For Thought:  In the book George Washington's Rules of Civility: written by George Washington (the first president of the United States of America) George Washington wrote, "Reprehended not the imperfections of others for that belongs to parents, masters, and superiors.")
5.    When did the you file the lawsuit:  January 29, 2016
6.    When was it decided:  May 26, 2016
Sixth Lawsuit filed
1.    Parties to previous lawsuits:
Plaintiffs(s): Rashad Ranzy
Defendant(s):  Northern District of Illinois
2.    Name of court and case or docket number:
Court: US District Court for the Northern District of Illinois. Docket number: 1:2016cv05938

### 3.   Disposition:

Case, was dismissed with prejudice, because nature of suit was frivolous or fails to state a claim.

### 4.   Issued Raised:

If, you construe and analyze, the Amendments of the United States Constitution- the supreme law of the United States of America- it, clearly, is saying that no person shall be deprived or disparaged of life. Life, is that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary. Right here, in America, people go to, Law School, to become endowed, with the principles and powers, to become attorneys, lawyers and judges, so they can, serve and protect people, function, act accordingly when people come into volition, rather they're the person being violated or the person doing the violating, with the United States Constitution-the supreme law of the United States of America. I, have, been suffering for substantial parts of my life (existence), and, am, literally, lucky to discover the meaning of my suffering, even though, I, have, been, experiencing, torture. I'm, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, and I'm not endowed with the sophistication to remedy it. I, need a, Law School graduate, to remedy me, being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother. I, tried to sue, the Norther District of IL-the state-for an attorney/lawyer, to remedy me being a victim, of race and disability discrimination, at the hands of the federal government and my mother, because I could not find anyone, who had the want and will, to remedy me being a victim of, race and disability discrimination, at the hands of the federal government and my mother, and I could not remedy it myself, because there are too many government agencies or agencies sponsored by the government, depriving and disparaging me of life(I'm basically, being bullied; there is nothing I can do about it, and the problem continues to grow.) and I don't know who the legal entities are. I, also tried to sue, for shelter/housing- a place a refuge to dwell providing safety from danger, attack and observation-because I was homeless, sleeping outside, perplexed and stuck. I just found out, relatively recently, that you cannot sue the "state," and they are only there for criminal prosecution.

(Food For Thought: In the book George Washington's Rules of Civility: written by George Washington (the first president of the United States of America) George Washington wrote, "Reprehended not the imperfections of others for that belongs to parents, masters, and superiors.")

5.   When did the you file the lawsuit: June 7, 2016
6.   When was it decided: Sep 26, 2016

### Seventh Lawsuit Filed
#### 1.   Parties to previous lawsuits:

Plaintiffs(s): Rashad Ranzy
Defendant(s): Crumley Roberts, LLP

#### 2.   Name of court and case or docket number:

Court: United States District Court for the Western District ofNorth Carolina (Charlotte Division)  Docket number: 3:19-cv-00132

### 3. Disposition

Case, was ultimately, dismissed as frivolous and/or fails to state a claim and for not stating <u>Subject-Matter Jurisdiction</u>.

### 4. Issued Raised

What one, city or state, sows in the way of <u>Slavery</u>, <u>Bondage</u>, which is prohibited by the <u>13th Amendment Section 1 of the United States Constitution</u>- the supreme law of the United states of America- another state often reaps. It's out of want and will, on the behalf of others, rather than the absence of resources that account for my "sad" state being a person subject to <u>Slavery</u>, <u>Bondage</u>. It's out of want and will, on the behalf of others, especially "Attorneys" and "Judges" that account for my "sad" state of remaining a person subject to <u>Slavery</u>, <u>Bondage</u>.

I was trying to sue, Law Firm, Crumley Roberts LLP, for "denying" me the privilege, which is <u>Discrimination</u>, of their advertised idea of having <u>Personal Injury Attorneys</u>; <u>Long-Term Disability Attorneys</u> and/or <u>Social Security Disability</u>. If you, construe and analyze what I wrote that is what you would conclude.

Judge Graham C. Mullen did grant me the <u>in forma pauperis</u>. Judge Graham C. Mullen is aware that I am oppressed which amounts to slavery under the 13th Amendment of the United States Constitution-the Supreme Law of the United States of America. Judge Graham C. Mullen is aware that I am disabled due to "arrested developmental." Judge Graham C. Mullen is a conscious, thinking, United States District Judge, for the Western District of North Carolina. Judge Graham C. Mullen, can comprehend that I am disabled due to "arrested developmental" and that being disabled due to "arrested developmental" is a form of "oppression" which amounts to <u>Slavery</u>, <u>Bondage</u>. Judge Graham C. Mullen, can comprehend that being a person, ultimately, subject to <u>Slavery</u>, <u>Bondage</u>, is prohibited by the <u>13th Amendment Section 1 of the United States Constitution</u> and that being a person subject to <u>Slavery</u>, <u>Bondage</u> is an "outrage."

Judge Graham C. Mullen did make <u>Plain Errors</u> in his orders. <u>Plain Errors</u> as defined in <u>Black's Law Dictionary</u>: "An error the is so obvious and prejudicial that an appellate court should address it despite the parties' failure to raise a proper objection at trail." and/or "A plain error is often said to be so obvious and substantial that failure to correct it would infringe a party's due-process rights and damage the integrity of the judicial process."

I am aware that I was supposed to or half to file an <u>appeal</u>, but it is extremely hard given the fact that I am a <u>Pauper</u>; I'm not an "Attorney" nor a "Lawyer" and the "Court of Appeals of North Carolina" is located in "Raleigh, NC."

<u>Judicial Power</u> as defined in <u>Black's Law Dictionary</u>: "The authority vested in courts and judges to hear and decide cases and to make binding judgments on them; the power to construe and apply the law when controversies arise over what has been done or not done under it." Judge Graham C. Mullen, did not use his <u>Judicial Power</u> to make sure I do not remain disabled due to "arrested developmental" which is form of oppression which amounts to <u>Slavery</u>, <u>Bondage</u>, which is prohibited by the <u>13th Amendments Section 1 of the United States Constitution</u>.

If, Judge Graham C. Mullen, would have used his <u>Judicial Power</u>, my recent "involuntarily" admission to <u>Mindy Ellen Levine Behavioral Health Center</u> located in "Davidson, North Carolina" between October 7th 2019 and October 15th 2019 based on "lies" from my mother who is a <u>Registered Nurse</u> and who has manipulated the Social Security Administration, for my "Social Security Disability Benefits" without my consent, which is "absolutely," wrong, could have been avoided.

5.     When did the you file the lawsuit:  March 19, 2019
6.     When was it decided:  October 2, 2019

_____

_____

### G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

*Additiona Sheet : Next Page*

_____

_____

_____

_____

_____

_____

JURY TRIAL REQUESTED     YES _____     NO  X

Signed at _____ on __1__/__16__/__2020__
                  Charlotte, NC
                  (Location)                              (Date)

_____
Signature

Address:
        5422 Stallworth Dr.
        Charlotte, NC 28226
        (704)574-9917
        Shadqboss241987@gmail.com

Phone:

## G. Request For Relief

I believe I am entitled to, Law Firm Crumley Roberts LLP, "advertised idea" of having "Personal Injury Attorneys;" "Long-Term Disability Attorneys" and/or "Social Security Disability Attorneys" to remedy my Personal Injury and/or Long-Term Disability case, to do there "advertised style" of doing business, which is "Care Like Family, Listen to Learn and Do What's Right;" "At Crumley Roberts, We Take the Worry Away;" "When Life Knock You Down We Can Help Pick You Back Up;" "Let Us Do the Hard Work While You Focus on Your Recovery;" " We stand up for you;" "Helping You Through Life's Most Difficult Moments" and etcetera. I also believe I am entitled to an apartment, with all utilities included and money for food, clothing, transportation and etcetera, from, Law Firm, Crumley Roberts LLP, until my "legal issues" of having a Personal Injury and/or Long-Term Disability are completely "remedied," for compelling me to have to deal with my Personal injury and/or Long-Term Disability "legal issues." I also request that my relief request are not "disparaging." I believe I am entitled to these requests, due to the fact that, Law Firm, Crumely Roberts LLP, "denied" me the privilege, which is Discrimination, of their "advertised idea and style of doing business" because of my race and color, being a Brown African American, and my Disability, which is, ultimately, due to me being a person subject to Slavery, Bondage. Under the authority or color of state law, in North Carolina, you cannot "discriminate," which is the verb, action, of Discrimination, because of race, color or Disability.